# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00543-CR

**Kevin Pichardo, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT
### NO. D-1-DC-13-203348, HONORABLE P. DAVID WAHLBERG, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Kevin Pichardo was charged with assault of a peace officer, a third degree felony. Tex. Penal Code § 22.01(b)(1). After a bench trial, the trial court acquitted Pichardo of assault of a peace officer, but found him guilty of resisting arrest, *see id.* § 38.03, a lesser-included offense. The trial court sentenced Pichardo to ten days in jail.

Appellant's court-appointed attorney has filed a motion to withdraw supported by a brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California* by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See Anders v. California*, 386 U.S. 738, 744 (1967); *Garner v. State*, 300 S.W.3d 763, 766 (Tex. Crim. App. 2009); *see also Penson v. Ohio*, 488 U.S. 75, 86–87 (1988).

Appellant's counsel has represented to the Court that she has provided copies of the motion and brief to the appellant; advised appellant of his right to examine the appellate record, file

a pro se brief, and pursue discretionary review following dismissal of this appeal as frivolous; and provided appellant with a form motion for pro se access to the appellate record along with the mailing address of this Court. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014); *see also Anders*, 386 U.S. at 744; *Garner*, 300 S.W.3d at 766. We have not received a motion for access to the appellate record or a pro se brief from the appellant since the filing of the *Anders* brief. However, when appellant filed his notice of appeal, which he filed pro se, he included legal arguments with the notice that, when viewed liberally, could be construed as a legal brief on the merits. In the arguments included with his notice of appeal, appellant complains that (1) the evidence supporting his conviction was legally insufficient, (2) the witnesses who testified against him were not credible, and (3) his conviction violates his Due Process rights.

We have conducted an independent review of the record, including appellate counsel's brief and the arguments presented by the appellant, and find no reversible error. *See Anders*, 386 U.S. at 744; *Garner*, 300 S.W.3d at 766; *Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005). We agree with counsel that the record presents no arguably meritorious grounds for review and the appeal is frivolous.

Counsel's motion to withdraw is granted. The judgment of conviction is affirmed.

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Goodwin and Field

Affirmed

Filed: February 3, 2015

Do Not Publish

2